# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON JONATHAN MORRISON,<br><br>Defendant. | Case No.: 19CR0011-JAH<br><br>**ORDER** |

The United States of America and Defendant Jason Jonathan Morrison jointly move to continue the Motion Hearing set for December 16, 2019 at 11:00 a.m. Doc. No. 42. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). *Id.*

After a careful review, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS HEREBY ORDERED that:

1. The joint motion is **GRANTED**. The Motion Hearing shall be continued to **January 21, 2020, at 11:00 a.m**.

2. The period of delay from the filing of the joint motion from December 12, 2019, until January 21, 2020, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

DATED: December 13, 2019

_____
JOHN A. HOUSTON
United States District Judge