UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,, | Case No.: 19cr0011-JAH |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| v. | |
| JASON JONATHAN MORRISON, | |
| Defendant. | |

The United States of America and Defendant Jason Jonathan Morrison jointly move to continue the Motion Hearing set for January 17, 2020, at 10:30 a.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

After a careful review, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

1

IT IS HEREBY ORDERED:

1. The joint motion is **GRANTED**. The Motion Hearing shall be continued to **February 24, 2020, at 11:00 a.m.**
2. The period of delay from the filing of the joint motion on January 14, 2020, until February 24, 2020, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: January 16, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE